John M. Morawski, Sp. Atty., Bureau of Internal Revenue, Washington, D. C., for petitioner.

A. Calder Mackay and Adam Y. Bennion, Los Angeles, Cal., for respondent.

Before PHILLIPS, Chief Judge, and PICKETT, Circuit Judge.

PER CURIAM.

Petition to review dismissed pursuant to stipulation of parties.

**COMMISSIONER OF INTERNAL REVE-NUE v. Arthur E. MORETON et al.**

No. 4622.

United States Court of Appeals
Tenth Circuit.

April 1, 1953.

H. Brian Holland, Asst. Atty. Gen., Ellis N. Slack, Sp. Asst. to Atty. Gen., and Charles W. Davis, Chief Counsel, and John M. Morawski, Sp. Atty., Bureau of Internal Revenue, Washington, D. C., for petitioner.

A. Calder Mackay and Adam Y. Bennion, Los Angeles, Cal., for respondents.

Before PHILLIPS, Chief Judge and PICKETT, Circuit Judge.

Petition to review dismissed pursuant to stipulation of parties.

**HELFER–KING, Inc. et al. v. UTAH ICE & STORAGE CO. et al.**

No. 4576.

United States Court of Appeals
Tenth Circuit.

March 2, 1953.

Stewart Cannon & Hanson, Salt Lake City, Utah, Lawrence L. Summerhays, Salt Lake City, Utah, and E. L. Schoenhals, Salt Lake City, Utah, for appellants.

Dan B. Shields, Salt Lake City, Utah, Stephens, Brayton & Lowe, Salt Lake City, Utah, and Donald C. McCreery, Denver, Colo., for appellees.

Before PHILLIPS, Chief Judge and KNOUS, District Judge.

PER CURIAM.

Appeal dismissed pursuant to agreement of counsel.

**COMMISSIONER OF INTERNAL REVE-NUE v. G. E. NICHOLSON.**

**COMMISSIONER OF INTERNAL REVE-NUE v. Oma M. NICHOLSON.**

**COMMISSIONER OF INTERNAL REVE-NUE v. J. B. McGAY.**

**COMMISSIONER OF INTERNAL REVE-NUE v. Bonnie McGAY.**

Nos. 4610–4613.

United States Court of Appeals
Tenth Circuit.

Feb. 3, 1953.

Charles S. Lyon, Asst. Atty. Gen., and Charles W. Davis, Chief Counsel, Bureau of Internal Revenue, Washington, D. C., for petitioner.

Joseph A. Hoskins, Kansas City, Mo., for respondents.

Before PHILLIPS, Chief Judge, and KNOUS, District Judge.

PER CURIAM.

Petitions to review docketed and dismissed February 3, 1953, 17 T.C. 1399, on motion of petitioner, respondents consenting thereto.